# United States District Court
# Central District of California

| | |
|---|---|
| PA'SHA JONES, individually and on behalf of other members similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TWEEN BRANDS, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:14-cv-1631-ODW(PLAx)<br><br>**CLASS ACTION**<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO EXTEND LOCAL RULE 23-3 DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION [10]** |

The Court is in receipt of Plaintiff Pa'Sha Jones' *Ex Parte* Application to Extend Local Rule 23-3 Deadline. (ECF No. 10.) Having considered all the papers filed in support of and in opposition to the requested relief, the Court hereby **DENIES** the Application. The Court finds no good cause for *ex parte* relief. Local Rule 23-3 requires a class-certification motion to be filed within 90 days of the date of removal.[1]

**IT IS SO ORDERED.**

March 24, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

---

[1] Defendant Tween Brands, Inc. has expressed a willingness to stipulate to a 30-day extension. In light of the pending Motion to Remand, the Court may be amenable to such a stipulation if one is filed. But the parties should be aware going forward that extensions of time are very rarely granted.