NOTE: CHANGES MADE BY THE COURT

1  MARGARET HART EDWARDS, Bar No. 65699
   ROBERT L. ZALETEL, Bar No. 96262
2  ALISON S. HIGHTOWER, Bar No. 112429
   LITTLER MENDELSON, P.C.
3  650 California Street, 20th Floor
   San Francisco, CA  94108-2693
4  Telephone: (415) 433-1940
   Facsimile: (415) 399-8490
5  Email:  mhedwards@littler.com
           rzaletel@littler.com
6          ahightower@littler.com

7  SHANNON R. BOYCE, Bar No. 229041
   LITTLER MENDELSON, P.C.
8  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067-3107
9  Telephone: (310) 553-0308
   Facsimile:  (310) 553-5583
10 Email:  sboyce@littler.com

11 Attorneys for Defendant
   TWEEN BRANDS, INC.

12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15                   WESTERN DIVISION

16 PA'SHA JONES; individually, and          CASE NO. 2:14-CV-01631 ODW (PLAx)
   on behalf of other members of the
17 general public similarly situated,       **PROTECTIVE ORDER
                                            CONCERNING CONFIDENTIAL
18              Plaintiff,                   DOCUMENTS PRODUCED IN
                                            DISCOVERY**
19       vs.

20 TWEEN BRANDS, INC., a Delaware
   corporation; and DOES 1 through
21 100, inclusive,

22              Defendants.

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:126157654.3 040660.1093

**ORDER**

Pursuant to the Stipulation of the Parties, and for good cause appearing, the terms of the Parties' Stipulation for Protective Order Concerning Confidential Documents Produced in Discovery are adopted by the Court. The Parties shall adhere to the terms of the Stipulation for Protective Order Concerning Confidential Documents Produced in Discovery unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED.**

DATED: April 16, 2014

_____
Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:126157654.3 040660.1093

CASE NO. 2:14-CV-01631 ODW (PLAx)                    [PROPOSED] PROTECTIVE ORDER