| | |
|---|---|
| 1 | MARGARET HART EDWARDS, Bar No. 65699 |
| 2 | ROBERT L. ZALETEL, Bar No. 96262<br>ALISON S. HIGHTOWER, Bar No. 112429 |
| 3 | LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor |
| 4 | San Francisco, CA 94108-2693<br>Telephone: (415) 433-1940 |
| 5 | Facsimile: (415) 399-8490<br>Email: mhedwards@littler.com |
| 6 | rzaletel@littler.com<br>ahightower@littler.com |
| 7 | SHANNON R. BOYCE, Bar No. 229041 |
| 8 | LITTLER MENDELSON, P.C.<br>2049 Century Park East, 5th Floor |
| 9 | Los Angeles, CA 90067-3107<br>Telephone: (310) 553-0308 |
| 10 | Facsimile: (310) 553-5583<br>Email: sboyce@littler.com |
| 11 | Attorneys for Defendant |
| 12 | TWEEN BRANDS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PA'SHA JONES; individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWEEN BRANDS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:14-CV-01631 ODW (PLAx)<br><br>**PROTECTIVE ORDER CONCERNING CLASS LIST PRODUCED IN DISCOVERY** |

Firmwide:126910738.1 040660.1093

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

CASE NO. 2:14-CV-01631 ODW (PLAx)    [PROPOSED] PROTECTIVE ORDER RE CLASS LIST

ORDER

Pursuant to the Stipulation of the Parties, and for good cause appearing, the terms of the Parties' Stipulation for Protective Order Concerning Class List Produced in Discovery are adopted by the Court. The Parties shall adhere to the terms of the Stipulation for Protective Order Concerning Class List Produced in Discovery unless modified or otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: May 13, 2014

*Paul L. Abrams*

Paul L. Abrams
United States Magistrate Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Firmwide:126910738.1 040660.1093

CASE NO. 2:14-CV-01631 ODW (PLAx)                    [PROPOSED] PROTECTIVE ORDER RE CLASS LIST